## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MOHAMMAD FARRUKH SIDDIQUI | ) | |
| and | ) | Bankruptcy No. 15 B 14353 |
| ARSHIA KAUSAR, | ) | |
| Debtors. | ) | Honorable Jacqueline P. Cox |

### NOTICE OF ROUTINE MOTION

**To:**   Mohammad Farrukh Siddiqui and Arshia Kausar, 14122 S. 85th Avenue, Orland Park, IL 60462

Nathan C. Volheim, Sulaiman Law Group, Ltd, 900 Jorie Blvd., Suite 150, Oak Brook, IL 60523*

United States Trustee Patrick S. Layng, Office of the United States Trustee, 219 South Dearborn Street, Suite 873, Chicago, IL 60604*

PLEASE TAKE NOTICE that on **Tuesday, August 18, 2015, at 9:30 a.m.,** we will appear before the Honorable Jacqueline P. Cox or such other Judge as may be presiding in that Judge's stead, in courtroom 680, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and present our **Trustee's Motion to Extend Time to Object to Exemptions and Discharge**, a copy of which is attached hereto and served upon you herewith.

**THE APPENDED PROPOSED ORDER MAY BE ENTERED BY THE JUDGE WITHOUT PRESENTMENT IN OPEN COURT UNLESS A PARTY IN INTEREST NOTIFIES THE JUDGE OF AN OBJECTION THERETO.**

| | |
|---|---|
| Date:  August 7, 2015 | **DAVID P. LEIBOWITZ, not individually, but as the Chapter 7 Trustee of the Debtors' Estate** |
| | By:    /s/ David P. Leibowitz |
| | David P. Leibowitz (ARDC # 1612271) |
| | Lakelaw |
| | 420 W. Clayton Street |
| | Waukegan, Illinois 60085-4216 |
| | 847.249.9100 |

### CERTIFICATE OF SERVICE

On August 7, 2015, the undersigned certifies that on this date, she caused a copy of the above document to be served upon each person shown on the within Notice, by United States Mail, with postage prepaid, at Waukegan, Illinois.  Those marked with an * were served via the Court's ECF System.

                                                    /s/ Aquanda S. Thomas
                                                    Paralegal

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MOHAMMAD FARRUKH SIDDIQUI | ) | |
| and | ) | Bankruptcy No. 15 B 14353 |
| ARSHIA KAUSAR, | ) | |
| | ) | |
| Debtors. | ) | Honorable Jacqueline P. Cox |

### TRUSTEE'S MOTION TO EXTEND TIME TO OBJECT
### TO EXEMPTIONS AND DISCHARGE

David P. Leibowitz ("Trustee"), not individually but as the chapter 7 trustee of the estate of Mohammad Farrukh Siddiqui and Arshia Kausar ("Debtors"), hereby moves for an order extending the time for the Trustee to timely object to exemptions and to discharge by 60 days, to and including October 9, 2015.[1] In support, the Trustee states the following:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1334 and venue is proper pursuant to 28 U.S.C. § 1408.

2. By Internal Operating Procedure 15 of the United States District Court for the Northern District of Illinois, the District Court has referred all bankruptcy cases to the Bankruptcy Court for initial determination, as permitted by 28 U.S.C. § 157(a).

3. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O).

### FACTUAL AND PROCEDURAL BACKGROUND

4. Debtors filed a voluntary chapter 7 petition on April 22, 2015.

---

[1] All chapter, section and rule references, unless otherwise noted, are to the Bankruptcy Code, 11 U.S.C. §§ 101-1532 ("Bankruptcy Code"), and the Federal Rules of Bankruptcy Procedure, Rules 1001-9037 ("Bankruptcy Rules").

5.     David P. Leibowitz is the duly appointed, qualified, and acting chapter 7 trustee in this case.

6.     The original § 341 meeting was scheduled for June 11, 2015, and Debtors' attorney requested a continuance to July 21, 2015. On July 21, 2015, Debtor Mohammad Farrukh Siddiqui appeared with his attorney and was examined; however, he testified that his co-debtor spouse, Arshia Kausar, was out of the country, in Pakistan. The Trustee instructed Debtors' attorney to appear with the co-debtor spouse on the next § 341 meeting date, i.e., August 19, 2015. For these and other reasons, the Trustee requires additional time to obtain and review information and to evaluate whether or not grounds may exist for an objection to the Debtors' discharges and/or exemptions.

### RELIEF REQUESTED

7.     The Trustee requests that the Court extend the date by which the Trustee may timely object to Debtors' exemptions to and including October 9, 2015. He further requests that the Court extend the date by which the Trustee may timely object to the Debtors' discharges under §727 of the Bankruptcy Code to and including October 9, 2015.

### BASIS FOR RELIEF REQUESTED

8.     Under Rule 4003(b), objections to the debtor's claim of exemptions must be filed within 30 days after the § 341 meeting is concluded or within 30 days after any amendment to the list of exemptions or supplemental schedules is filed, whichever is later. However, the court may, for cause, extend the time for filing objections, if the request for extension is filed prior to expiration of the deadline.

9. Under Rule 4004, a complaint objecting to the debtor's discharge must be filed not later than 60 days following the first date set for the meeting of creditors under §341. However, the court may, for cause, extend that deadline on motion filed prior to its expiration.

10. This motion is filed prior to expiration of the deadline for objections to exemptions and prior to expiration of the deadline for objections to discharge.

11. Cause exists to extend both deadlines, because, as set forth above, the Trustee requires additional time to obtain and review information and to further investigate and evaluate whether grounds may exist to object to the Debtors' discharges and/or exemptions.

## NOTICE

12. Notice of this Motion was provided to: (a) the Debtors; (b) the Debtors' counsel; (c) the Office of the United States Trustee; and (d) all parties that have requested or receive notice through CM/ECF. In light of the nature of the relief requested, the Trustee requests that the Court find the notice provided for herein sufficient under the circumstances and waive and dispense with any further notice requirements.

**WHEREFORE**, the Trustee requests that the Court enter an order:

(a)   Extending the date by which the Trustee may timely object to the Debtors' claim of exemptions to and including October 9, 2015;

(b)   Extending the date by which the Trustee may timely object to the Debtors' discharges to and including October 9, 2015; and

(c)   Granting such further relief as the Court deems just and proper.

        **DAVID P. LEIBOWITZ, not individually, but as the Chapter 7 Trustee of the Debtor's Estate**

        By:   /s/ David P. Leibowitz
            David P. Leibowitz (ARDC # 1612271)
            Lakelaw
            420 W. Clayton Street
            Waukegan, Illinois 60085-4216
            847.249.9100